UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-425-CR-COHN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER WEECH, et al.,

       Defendants.

_____

## O R D E R

THIS CAUSE is before the Court on defendant **Samuel Knowles's** Motion for Status Conference to Set Reasonable Trial Date (DE 68). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED as moot based on the Order Granting Continuance of Trial Date (DE 82) issued by The Honorable James I. Cohn, on December 8, 2006.

DONE AND ORDERED at Fort Lauderdale, Florida, this 16th day of February, 2007.

                          LURANA S. SNOW
                          UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA George Karavtos ((MIA)
Martin Roth, Esq.